Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 3:10-cv-03429-CW |
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER |
| KEITH LANCE PIACENTE, et al. | |
| Defendants. | |

TO THE HONORABLE CLAUDIA WILKEN, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Joe Hand Promotions, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Friday, May 31, 2011 at 2:00 P.M. This request will be, and is, necessitated by the fact that Defendants Keith Lance Piacente, individually and d/b/a 760 Cigar Lounge; and Seven Sixty Enterprises, LLC, an unknown business entity d/b/a 760 Cigar Lounge are in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the Defendants.  As a result, Plaintiff's counsel has not conferred with the Defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case

2 Management Conference presently scheduled for Friday, May 31, 2011 at 2:00 P.M. in order that

3 Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final

4 disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7                                              Respectfully submitted,

8

9

10

Dated: May 24, 2011                    /s/ Thomas P. Riley

11                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**

12                                              By: Thomas P. Riley

                                               Attorneys for Plaintiff

13                                              Joe Hand Promotions, Inc.

14

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1

2

## ORDER

3      It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-03429-

4    CW styled *Joe Hand Promotions, Inc. v. Keith Lance Piacente, et al.*, is hereby vacated.

5          Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification

6    of Service of this Order with the Clerk of the Court.

7

8

9

**IT IS SO ORDERED**:

10

11

12

13    _____          Dated:_____
                                                          **5/24/2011**

14    **THE HONORABLE CLAUDIA WILKEN**
      **United States District Court**
      **Northern District of California**

15

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:10-cv-03429-CW**
**PAGE 3**