IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 10-3429 CW |
|     Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |
|   v. | |
| KEITH LANCE PICANTE, et al., | |
|     Defendants. | |

    The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 5/26/2011

                        CLAUDIA WILKEN
                        United States District Judge